IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL JACQUES E.,** <br><br>                              Plaintiff, <br><br>            v. <br><br> **INMAN,** <br><br>                              Defendant. | 2:25-CV-00827-CKD <br><br> **ORDER** <br><br> Judge:         The Honorable Carolyn K. Delaney <br> Trial Date:   Not Set <br> Action Filed: March 13, 2025 |

After reviewing Defendant's Belated Request to Opt Out of Court's Post Screening ADR Project, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 15) is GRANTED;

2. The stay of this action is LIFTED; and

3. Defendant is ordered to file his motion to dismiss pursuant to 28 U.S.C. § 1915(e)(2)(A) or, in the alternative to revoke Plaintiff's IFP status within forty-five (45) days of the issuance of this order.

Dated:  July 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1