1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     MICHAEL E. JACQUES,                         No.  2:25-cv-0827 CKD P

12                   Plaintiff,

13            v.                                    ORDER AND

14     D. INMAN,                                    FINDINGS AND RECOMMENDATIONS

15                   Defendant.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18     U.S.C. § 1983.   On July 31, 2025, defendant filed a motion to dismiss.  On September 4, 2025,

19     plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion

20     within thirty days.  In the same order, plaintiff was informed that failure to file an opposition

21     would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b).

22     Plaintiff has not responded to the court's order.

23          For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court assign a

24     district court judge to this case.

25          IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule

26     of Civil Procedure 41(b).

27          These findings and recommendations are submitted to the United States District Judge

28     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

                                            1

1    after being served with these findings and recommendations, any party may file written

2    objections with the court and serve a copy on all parties.  Such a document should be captioned

3    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

4    objections shall be filed and served within fourteen days after service of the objections.  The

5    parties are advised that failure to file objections within the specified time may waive the right to

6    appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7    Dated:  October 14, 2025

8    _____
     CAROLYN K. DELANEY
9    UNITED STATES MAGISTRATE JUDGE

10

11

12   1
     jacq0827.46fr

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28